Probation Form No. 34
(1/92)

Report and Order Terminating Probation / Supervised Release

UNITED STATES DISTRICT COURT
for the
Western District Of North Carolina

UNITED STATES OF AMERICA

Vs.

Rebecca Heaton
Crim. No: 0419 1:99CR00067-015

FILED
ASHEVILLE, N.C.
MAY 15 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

The above named has complied with the conditions of Probation/TSR imposed by the order of the court on 8/23/2000. Therefore, the period of Probation/TSR expired on 5/13/2007, and the defendant is now unconditionally discharged by this agency.

Respectfully submitted,

*Stephen D. Cook* (signature)

Stephen D. Cook
U.S. Probation Officer